UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO EDGAR VALVERDE-REAL, | No. 1:26-cv-03469-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| M. WOFFORD, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus and a Motion for Temporary Restraining Order.  (ECF Nos. 1,2.)  However, Respondents have now informed the Court and counsel that Petitioner was not located in this district at the time the present Petition was filed.  (*See* ECF Nos. 6, 6-1.)  Petitioner has not disputed or otherwise responded to this information.  Accordingly, IT IS HEREBY ORDERED, that this case is transferred to the United States District Court for the Western District of Texas, where Petitioner is presently located.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1